**UNPUBLISHED ORDER**

Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

April 5, 2006

**Before**

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No. 04-1534 | Appeal from the United States District Court for the |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Northern District of Illinois, Eastern Division. |
| *v.* | No. 03 CR 886 |
| ANTHONY BROWN, *Defendant-Appellant*. | Suzanne B. Conlon, *Judge*. |

**O R D E R**

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker*, 543 U.S. 220 (2005), has limited the Sentencing Guidelines to advisory status. *See United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005).

The district judge has now replied that she would have imposed a lower sentence rather than the 97-month sentence then mandated by the guidelines.  The parties' position statements in response to our invitation to comment on the district court's *Paladino* response agree that resentencing is appropriate.  Accordingly, pursuant to *Paladino*, we VACATE Brown's sentence and REMAND to the district court for resentencing.